Jack N. GILBERT, Appellant, v. Harold L. ICKES, Secretary of the Interior, and Henry L. Stimson, Secretary of War, Appellees.

No. 7912.

United States Court of Appeals for the District of Columbia.

Decided Aug. 4, 1941.

Daniel J. Hanlon, of Washington, D. C., and Wilbur E. Dow, Jr., of New York City, of the Bar of New York, pro hac vice, by special leave of court, for appellant.

Nathan R. Margold, Sol., Leland O. Graham and David M. Hudson, Asst. Sol., Department of the Interior, W. Robert Koerner, of the Bar of Minnesota, pro hac vice, by special leave of court, and Vernon L. Wilkinson, Department of Justice, all of Washington, D. C., for appellees.

Before GRONER, C. J., and EDGERTON and RUTLEDGE, Associate Justices.

RUTLEDGE, Associate Justice.

The appeal is from an order dismissing appellant's suit upon allegations identical in all substantial and material respects with those made in the complaint in Dow v. Ickes and Stimson, —— App.D.C. ——, 123 F.2d 909, decided this day. The issues presented by the two cases are identical and the results must be the same. For the reasons which have been stated in the opinion which has been rendered in Dow v. Ickes and Stimson, the orders are affirmed.